THE TRUSTEES OF ROCHESTER *vs.* SYMONDS and others.

Only one fee of $1,25 to counsel for perusing and amending plea is taxable, although several special pleas, presenting distinct matters of defence, be interposed.

THE defendants pleaded 19 pleas, setting up distinct mat- August 8. ters of defence, and each concluding with a verification. The defendants had judgment on demurrer to these pleas, and leave was granted to the plaintiffs to reply on payment of costs. The defendants, in their bill of costs, charged $1,25 for counsel perusing and amending *each* plea, amounting, in the whole, to $23,75, which charge was allowed by the taxing officer. The plaintiffs appealed from the taxation, and this court decided that but one fee of $1,25 was chargeable, and directed the residue to be deducted from the bill.